# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DALLAS TYSZKOWSKI,**

       **Plaintiff,**

**-vs-**                                                             **Case No. 6:06-cv-534-Orl-22DAB**

**EH/TRANSEASTERN HOMES, BOB HILLIARD, and JEFF SELLERS,**

       **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants Hilliard's and Sellers' Motion to Dismiss Plaintiff's Complaint (Doc. No. 40), and on EH/Transeastern Homes' Motion to Dismiss (Doc. No. 44).

The United States Magistrate Judge has submitted a Report recommending that Count I be dismissed with leave to amend, that Count II be dismissed, and that Count III be remanded.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 1, 2006 (Doc. No. 57) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants Hilliard's and Sellers' Motion to Dismiss Plaintiff's Complaint (Doc. No. 40) is GRANTED with respect to Counts I and II. The Court declines to address the Motion with respect to Court III.

3. EH/Transeastern Homes' Motion to Dismiss (Doc. No. 44) is GRANTED.

4. Count I- Violation of 42 U.S.C. §1981- is dismissed, with leave to amend.

5. Count II- Violation of 42 U.S.C. §1983 is dismissed. The dispute alleged is between private citizens and as such, is not redressable under this provision because there is no state action.

6. Count III- Defamation against Defendant Hilliard is hereby REMANDED to the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida (Case No. 06-CA-470-16-L). The Court declines to exercise supplemental jurisdiction over the state law tort claim for the reasons stated in the Report and Recommendation.

7 No later than January 10, 2007 Plaintiff is given leave to file an Amended Complaint realleging his 42 U.S.C. §1981 claim to correct the deficiencies set forth in the Report and Recommendation. Specifically Plaintiff failed to allege a factual basis that his ill-treatment was due to his race, or that non-Caucasians were favored. Further, Plaintiff failed to plead any racially-based actions or comments.

Additionally, Plaintiff may allege any claim he has under Title VII in the Amended Complaint.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 7, 2006.

ANNE C. CONWAY
United States District Judge

-3-

Copies furnished to:

United States Magistrate Judge
Dallas Tyszkowski, *pro se*
Counsel of Record