# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DALLAS TYSZKOWSKI,**

       **Plaintiff,**

**-vs-**                                        **Case No. 6:06-cv-534-Orl-22DAB**

**EH/TRANSEASTERN HOMES, BOB HILLIARD, and JEFF SELLERS,**

       **Defendants.**

_____

## ORDER

This cause is before the Court on Report and Recommendation (Doc. No. 69) filed on February 1, 2007.

The United States Magistrate Judge has submitted a Report recommending that the case be dismissed for lack of prosecution.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 1, 2007 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED** without prejudice for lack of prosecution.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 23, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Dallas Tyszkowski, *pro se*